# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PSCE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 3:10-cv-882-JPG-SCW ) ) |
| ASSOCIATED BANK, N.A., | ) ) |
| Defendant. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

DATED: August 8, 2011        NANCY J. ROSENSTENGEL, Clerk of Court

                                            s/Deborah Agans, Deputy Clerk

**Approved:** s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**